UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VINCENT LAVANGA,<br><br>Plaintiff,<br><br>vs.<br><br>AVANTAX, INC., GEORGANNE PROCTOR, MARK ERNST, CAROL HAYLES, KAN KOTECHA, RICK LEAMAN, TINA PERRY, KARTHIK RAO, JANA SCHREUDER, and CHRISTOPHER WALTERS, | Case No.: 1:23-cv-09159-JGK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Vincent Lavanga ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: January 18, 2024            **BRODSKY & SMITH**

By: _Evan J. Smith_
Evan J. Smith
240 Mineola Boulevard
Mineola, NY  11501
Phone:  (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*